**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

George Rudebusch, et. al,

        Plaintiffs,

v.

State Of Arizona; Northern Arizona
University; The Arizona Board Of Regents,

        Defendants.

NO. CIV 95-1313-PCT RCB and
NO. CIV 96-1077 PCT RCB

**JUDGMENT**

(Assigned to the Honorable Robert C.
Broomfield)

       The parties jointly submitted the following proposed judgment.  By jointly submitting this proposed judgment, the parties agree only that the form of judgment and damage calculations are correct based on the Court's rulings.  Neither party waives the right to appeal any other issue or prior ruling.

       On June 30, 1995, Plaintiff's George Rudebusch, et al., filed the first of two consolidated cases, CIV 95-1313 PCT RCB.   In this class action Complaint, the Plaintiffs alleged violations of the Equal Protection Clause of the Fourteenth Amendment and Civil Rights Act violations pursuant to 42 U.S.C. §1981 and 42 U.S.C. §1983 suing Defendant Hughes in his individual capacity.

       Thereafter, on May 2, 1996 forty individual plaintiffs filed a related action against Defendants in CIV96-1077 PCT RCB.  In this Complaint, the Plaintiffs alleged violations

984241

1    of Title VII of the Civil Rights act of 1964, as amended.   The Court granted Plaintiffs'

2    motion to consolidate theses case on November 1, 1996.

3          Defendant Hughes responded to the Equal Protection claims by moving for

4    summary judgment on qualified immunity grounds.   This Court granted the motion in

5    part, concluding that the law was clearly established and that Defendant Hughes was

6    reasonable in concluding that a compelling interest justified his actions.   But this Court

7    reserved for trial the ultimate issue of qualified immunity because of factual issues

8    surrounding the remedy imposed.

9          On December 12, 2000, this case proceeded to a jury trial (Minute Entry (doc.233)

10   in which evidence was considered over the course of four days.  *Id.* at 233-27.   On

11   December 18, 2000, the jury rendered its verdict in Defendants' favor and Judgment was

12   entered thereon December 29, 2000.  See  doc.'s 241, 248.   On January 24, 2000,

13   Plaintiffs filed their Notice of Appeal.  Notice (doc. 250).

14         On December 18, 2003, the Ninth Circuit Court of Appeals issued a mandate which

15   affirmed in part, reversed in part, and remanded the case to this Court for additional

16   proceedings.  Mandate (doc.259).  The Ninth Circuit's decision affirmed the judgment in

17   favor of the Defendants in CIV 95-1313 PCT RCB, the class action equal protection claim

18   against Eugene Hughes and his spouse in their individual capacities.

19         The only case that survived the Ninth Circuit's decision was the Title VII claim by

20   the forty individual Plaintiffs.  The sole issue remaining for determination upon remand

21   was whether Defendants could be held liable under Title VII of the Civil Rights Act of

22   1964, 42 U.S.C. §2000 et seq.  *Id* at 32.

23         At a pretrial conference held on December 19, 2003, the parties stipulated to try the

24   remaining issues on remand to this Court, as opposed to a jury, at a trial which would

25   commence on January 6, 2004.  Minute Entry (doc.267).  Also, on December 19, 2003,

26   the parties stipulated that, for purposes of the January 6, 2004 trial, the Court would

1   determine the issue of "liability" under Title VII only, and that if a determination of

2   liability is made, "the Court will set a later trial date and will grant the parties an

3   opportunity to conduct additional discovery" as to the question of damages.  Order

4   (doc.268) at 3.

5       On January 4, 2004, the Court conducted the trial to the issue of Title VII liability

6   as ordered by the Ninth Circuit's mandate.   Minute Entry (doc.269).   On June 30, 2004,

7   the Court issued its Findings of Fact and Conclusions of Law on this matter, finding that

8   liability for Defendants' violation of Title VII had been established.   Order (doc.277).

9   The Court noted that damages in relation to this violation was a factual issue that the

10  parties stipulated would be present at a later trial after additional discovery was taken.  *Id.*

11  at 20.

12      On September 28, 2005, Defendants filed Motion for Summary Judgment on the

13  issue of damages.  Motion (doc.16).   Thereafter, Plaintiffs filed their response to this

14  Motion, as well as, a Cross-Motion for Summary Judgment.   Cross-Motion (doc.305).

15  The Motions were fully briefed on January 23, 2006.  P. Reply (doc.315).

16      IT ITS HEREBY ORDERED that Defendants' Motion for Summary Judgment

17  (doc.16 in case number CIV 96-1077 PCT RLB) is denied.

18      IT IS FURTHER  ORDERED that Plaintiffs' Cross-Motion for Summary Judgment

19  (doc.305 in case number CIV 95-1313 PCT RLB) is GRANTED in all respects but for

20  Plaintiffs' request for attorneys' fees which was not properly filed in accordance with Local

21  Rule 54.2.

22      IT IS FURTHER ORDERED that Plaintiffs shall be awarded damages as set forth

23  below:

24      The total sum designated as "lost salary" for each Plaintiff shall be subject to (a)

25  FICA taxes (Social Security and Medicare tax); (b) employment tax withholding, and (c)

26  reporting by NAU to the IRS on Form W-2 as Social Security and Medicare wages for the

calendar year in which it is paid.

For each Plaintiff except Plaintiff Riskin, the amount of "lost salary," minus the employee's contribution to ASRS or the ORP shall be (a) taxable as "wages;" (b) subject to federal and state  income tax withholding; and (c) reported by NAU to the IRS on Form W-2 for the calendar year in which it is paid.  For Plaintiff Riskin, the amount of "lost salary" shall be (a) taxable as "wages," (b) subject to federal and state income tax withholding; and (c) reported by NAU to the IRS on Form W-2 for the calendar year in which it is paid.

For each Plaintiff except Plaintiff Riskin, the amount designated as "interest on lost salary," minus interest paid to the Arizona State Retirement System (ASRS) or the Optional Retirement Plan (ORP) as interest on Plaintiff's retirement contributions, will be reported to the IRS on Form 1099-INT.  The interest payment will not be subject to federal income tax withholding.  All lost interest awarded to Plaintiff Riskin will be reported to the IRS on Form 1099-INT and shall not be subject to federal income tax withholding.

Subject to these provisions, judgment to the individual Plaintiffs shall be as follows:

## James Bartell

Plaintiff James Bartell shall have Judgment against Defendants in the total sum of $46,211.61, attributed and to be paid as follows:

**Lost Salary:**  $23,345.  Of that amount, $752.20 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:**  $21,421.  Of that amount $693.41 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:** $752.20.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:** $693.41.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### Gary Bateman

Plaintiff Gary Bateman shall have Judgment against Defendants in the total sum of $8,463, attributed and to be paid as follows:

**Lost Salary:** $3,427.  Of that amount, $240 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $4,482.  Of this amount, $314 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $240.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $314.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Harvey Becher

Plaintiff Harvey Becher shall have Judgment against Defendants in the total sum of $77,849, attributed and to be paid as follows:

**Lost Salary:** $34,012.  Of that amount, $2,381 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $38,744.  Of this amount, $2,712 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $2,381.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $2,712.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### John Bloom

Plaintiff John Bloom shall have Judgment against Defendants in the total sum of $7,840, attributed and to be paid as follows:

**Lost Salary:**  $3,058.  Of that amount, $214 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $4,269.  Of this amount, $299 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $214.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $299.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Burton Brown

Plaintiff Burton Brown shall have Judgment against Defendants in the total sum of $74,177, attributed and to be paid as follows:

**Lost Salary:** $40,063. Of that amount, $2,804 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $29,262. Of this amount, $2,048 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution. The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $2,804. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $2,048. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Craig Caldwell

Plaintiff Craig Caldwell shall have Judgment against Defendants in the total sum of $3,315.76, attributed and to be paid as follows:

**Lost Salary:** $1,243. Of that amount, $39.03 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:** $1,974. Of that amount $59.73 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution. The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:** $39.03. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:** $59.73. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### Keith Cunningham

Plaintiff Keith Cunningham shall have Judgment against Defendants in the total sum of $22,255, attributed and to be paid as follows:

**Lost Salary:** $12,627. Of that amount, $884 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $8,172. Of this amount, $572 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution. The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $884. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $572. This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:** Plaintiff's current annual salary shall be raised by $1,022.

### Thomas Dillingham

Plaintiff Thomas Dillingham shall have Judgment against Defendants in the total sum of $1,963, attributed and to be paid as follows:

**Lost Salary:** $1,114.  Of that amount, $78 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $721.  Of this amount, $50 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $78.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $50.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $89.

### Michael Falk

Plaintiff Michael Falk shall have Judgment against Defendants in the total sum of $64,548, attributed and to be paid as follows:

**Lost Salary:** $37,171.  Of that amount, $2,602 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $23,154.  Of this amount, $1,621 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $2,602.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $1,621.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $3,146.

**Jay Farness**

Plaintiff Jay Farness shall have Judgment against Defendants in the total sum of $102,916.72, attributed and to be paid as follows:

**Lost Salary:**  $60,389.  Of that amount, $2,257.10 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System through fiscal year 2006 and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:**  $38,974.  Of that amount $1,296.62 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution through fiscal year 2006.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $2,257.10.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System for contributions through fiscal year 2006.

**Interest on Employer ASRS Contribution:**  $1,296.62.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System for interest on contributions through fiscal year 2006.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $4,903.

**Steven Funk**

Plaintiff Steven Funk shall have Judgment against Defendants in the total sum of $30,886.49, attributed and to be paid as follows:

**Lost Salary:**  $18,141.  Of that amount, $678.02 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System through fiscal year 2006 and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:**  $11,679.  Of that amount $388.47 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contributions through fiscal year 2006.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $678.02.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System for contributions through fiscal year 2006.

**Interest on Employer ASRS Contribution:**  $388.47.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System for contributions through fiscal year 2006.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $1,473.

**Clarence Harrison**

Plaintiff Clarence Harrison shall have Judgment against Defendants in the total sum of $1,590, attributed and to be paid as follows:

**Lost Salary:**  $620.  Of that amount, $43 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $866.  Of this amount, $61 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $43.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $61.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### William Hildred

Plaintiff William Hildred shall have Judgment against Defendants in the total sum of $70,017, attributed and to be paid as follows:

**Lost Salary:**  $32,825.  Of that amount, $2,298 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $32,611.  Of this amount, $2,283 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $2,298.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $2,283.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### John Hill

Plaintiff John Hill shall have Judgment against Defendants in the total sum of $5,411, attributed and to be paid as follows:

**Lost Salary:** $2,031.  Of that amount, $142 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $3,026.  Of this amount, $212 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $142.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $212.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Thomas Hoisch

Plaintiff Thomas Hoisch shall have Judgment against Defendants in the total sum of $65,530, attributed and to be paid as follows:

**Lost Salary:** $37,802.  Of that amount, $2,646 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $23,441.  Of this amount, $1,641 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $2,646.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

1    **Interest on Employer ORP Retirement Contributions**: $1,641.  This amount will

2    be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

3    Plan.

4    **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by

5    $3,183.

6                                    **Edward Hood**

7    Plaintiff Edward Hood shall have Judgment against Defendants in the total sum of

8    $32,271, attributed and to be paid as follows:

9    **Lost Salary:**  $18,509.  Of that amount, $1,296 shall be withheld as Plaintiff's

10   contribution to the Optional Retirement Plan and will be submitted to the Optional

11   Retirement Plan on the Plaintiff's behalf.

12   **Interest on Lost Salary**:  $11,650.  Of this amount, $816 shall be withheld and

13   submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

14   Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

15   the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

16   **Employer ORP Contributions**: $1,296.  This amount will be paid on Plaintiff's

17   behalf, by Defendants, directly to the Optional Retirement Plan.

18   **Interest on Employer ORP Retirement Contributions**: $816.  This amount will

19   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

20   Plan.

21   **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by

22   $1,786.

23                                    **Guenther Huck**

24   Plaintiff Guenther Huck shall have Judgment against Defendants in the total sum of

25   $44,013, attributed and to be paid as follows:

26

14

1     **Lost Salary:** $24,953.  Of that amount, $1,747 shall be withheld as Plaintiff's

2     contribution to the Optional Retirement Plan and will be submitted to the Optional

3     Retirement Plan on the Plaintiff's behalf.

4     **Interest on Lost Salary**: $16,180.  Of this amount, $1,133 shall be withheld and

5     submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

6     Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

7     the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

8     **Employer ORP Contributions**: $1,747.  This amount will be paid on Plaintiff's

9     behalf, by Defendants, directly to the Optional Retirement Plan.

10     **Interest on Employer ORP Retirement Contributions**: $1,133.  This amount will

11     be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

12     Plan.

13     **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by

14     $1,954.

15                   **Stephen Jackson**

16     Plaintiff Stephen Jackson shall have Judgment against Defendants in the total sum

17 of $6,788, attributed and to be paid as follows:

18     **Lost Salary:** $2,560.  Of that amount, $179 shall be withheld as Plaintiff's

19     contribution to the Optional Retirement Plan and will be submitted to the Optional

20     Retirement Plan on the Plaintiff's behalf.

21     **Interest on Lost Salary**: $3,784.  Of this amount, $265 shall be withheld and

22     submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

23     Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

24     the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

25     **Employer ORP Contributions**: $179.  This amount will be paid on Plaintiff's

26     behalf, by Defendants, directly to the Optional Retirement Plan.

1   **Interest on Employer ORP Retirement Contributions**: $265.  This amount will

2   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

3   Plan.

4   ### Arnold Johnson

5   Plaintiff Arnold Johnson shall have Judgment against Defendants in the total sum of

6   $7,949.76, attributed and to be paid as follows:

7   **Lost Salary:**  $2,980.  Of that amount, $93.57 shall be withheld as Plaintiff's

8   contribution to the Arizona State Retirement System and submitted to ASRS on the

9   Plaintiff's behalf.

10   **Interest on Lost Salary:**  $4,733.  Of that amount $143.19 shall be withheld and

11   submitted on Plaintiff's behalf to the Arizona State Requirement System as interest

12   on Plaintiff's share of the retirement contribution.  The balance shall be paid

13   directly to the Plaintiff and shall be reported to the Internal Revenue Service on

14   Form 1099.

15   **Employer ASRS Contribution:**  $93.57.  This amount will be paid on Plaintiff's

16   behalf, by Defendants, directly to the Arizona State Retirement System.

17   **Interest on Employer ASRS Contribution:**  $143.19.  This amount will be paid

18   on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement

19   System.

20   ### David Kitterman

21   Plaintiff David Kitterman shall have Judgment against Defendants in the total sum

22   of $23,945, attributed and to be paid as follows:

23   **Lost Salary:**  $13,581.  Of that amount, $951 shall be withheld as Plaintiff's

24   contribution to the Optional Retirement Plan and will be submitted to the Optional

25   Retirement Plan on the Plaintiff's behalf.

26

**Interest on Lost Salary**: $8,797.  Of this amount, $616 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $951.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $616.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $1,088.

**Stephen Lapan**

Plaintiff Stephen Lapan shall have Judgment against Defendants in the total sum of $8,694.98, attributed and to be paid as follows:

**Lost Salary:**  $5,149.  Of that amount, $193.01 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System through fiscal year 2006 and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:**  $3,245.  Of that amount $107.97 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution through fiscal year 2006.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $193.01.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System for contributions through fiscal year 2006.

1    **Interest on Employer ASRS Contribution:**  $107.97.  This amount will be paid

2    on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement

3    System for contributions through fiscal year 2006.

4    **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $432.

5                                                    **Eugene Loverich**

6    Plaintiff Eugene Loverich shall have Judgment against Defendants in the total sum

7    of $84,764, attributed and to be paid as follows:

8    **Lost Salary:**  $47,002.  Of that amount, $3,290 shall be withheld as Plaintiff's

9    contribution to the Optional Retirement Plan and will be submitted to the Optional

10   Retirement Plan on the Plaintiff's behalf.

11   **Interest on Lost Salary**:  $32,217.  Of this amount, $2,255 shall be withheld and

12   submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

13   Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

14   the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

15   **Employer ORP Contributions**: $3,290.  This amount will be paid on Plaintiff's

16   behalf, by Defendants, directly to the Optional Retirement Plan.

17   **Interest on Employer ORP Retirement Contributions**: $2,255.  This amount will

18   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

19   Plan.

20   **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by

21   $4,274.

22                                                    **Michael Malone**

23   Plaintiff Michael Malone shall have Judgment against Defendants in the total sum

24   of $10,377, attributed and to be paid as follows:

25

26

**Lost Salary:** $5,938.  Of that amount, $416 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $3,760.  Of this amount, $263 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $416.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $263.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $450.

### Ken Nicholls

Plaintiff Ken Nicholls shall have Judgment against Defendants in the total sum of $50,479, attributed and to be paid as follows:

**Lost Salary:** $22,809.  Of that amount, $1,597 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $24,367.  Of this amount, $1,706 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $1,597.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $1,706.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Andrew O'Dell

Plaintiff Andrew O'Dell shall have Judgment against Defendants in the total sum of $57,610, attributed and to be paid as follows:

**Lost Salary:**  $27,846.  Of that amount, $1,949 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**:  $25,995.  Of this amount, $1,820 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $1,949.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $1,820.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Richard Packard

Plaintiff Richard Packard shall have Judgment against Defendants in the total sum of $6,749.71, attributed and to be paid as follows:

**Lost Salary:**  $2,722.  Of that amount, $97.62 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System and submitted to ASRS on the Plaintiff's behalf.

**Interest on Lost Salary:**  $3,800.  Of that amount $130.09 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest

on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $97.62.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:**  $130.09.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### Gilbert Pogany

Plaintiff Gilbert Pogany shall have Judgment against Defendants in the total sum of $23,657.06, attributed and to be paid as follows:

**Lost Salary:**  $9,234.  Of that amount, $320.12 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System.

**Interest on Lost Salary:**  $13,650.  Of that amount $452.94 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $320.12.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:**  $452.94.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### Timothy Porter

Plaintiff Timothy Porter shall have Judgment against Defendants in the total sum of $29,326, attributed and to be paid as follows:

**Lost Salary:**  $16,792.  Of that amount, $1,175 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**:  $10,616.  Of this amount, $743 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $1,175.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $743.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $1,328.

### Loren Reser

Plaintiff Loren Reser shall have Judgment against Defendants in the total sum of $44,042, attributed and to be paid as follows:

**Lost Salary:**  $24,980.  Of that amount, $1,749 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $16,180.  Of this amount, $1,133 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

1   Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

2   the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

3   **Employer ORP Contributions**: $1,749.  This amount will be paid on Plaintiff's

4   behalf, by Defendants, directly to the Optional Retirement Plan.

5   **Interest on Employer ORP Retirement Contributions**: $1,133.  This amount will

6   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

7   Plan.

8   **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by

9   $2,002.

10  **Adrian Riskin**

11  Plaintiff Adrian Riskin shall have Judgment against Defendants in the total sum of

12  $12,326, attributed and to be paid as follows:

13  **Lost Salary:**  $5,341.   Professor Riskin was a member of the ASRS, but terminated

14  his membership and withdrew all funds.  No retirement contributions are being

15  made on his behalf.

16  **Interest on Lost Salary**:  $6,985.

17

18  **George Rudebusch**

19  Plaintiff George Rudebusch shall have Judgment against Defendants in the total

20  sum of $140,130, attributed and to be paid as follows:

21  **Lost Salary:**  $78,333.  Of that amount, $5,483 shall be withheld as Plaintiff's

22  contribution to the Optional Retirement Plan and will be submitted to the Optional

23  Retirement Plan on the Plaintiff's behalf.

24  **Interest on Lost Salary**: $52,630.  Of this amount, $3,684 shall be withheld and

25  submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

26

1   Plaintiff's share of the retirement contribution.  The balance shall be paid directly to
2   the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

3   **Employer ORP Contributions**: $5,483.  This amount will be paid on Plaintiff's
4   behalf, by Defendants, directly to the Optional Retirement Plan.

5   **Interest on Employer ORP Retirement Contributions**: $3,684.  This amount will
6   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement
7   Plan.

8   **Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by
9   $6,096.

10  **Howard Salisbury**

11  Plaintiff Howard Salisbury shall have Judgment against Defendants in the total sum
12  of $79,965, attributed and to be paid as follows:

13  **Lost Salary:**  $37,611.  Of that amount, $2,633 shall be withheld as Plaintiff's
14  contribution to the Optional Retirement Plan and will be submitted to the Optional
15  Retirement Plan on the Plaintiff's behalf.

16  **Interest on Lost Salary**:  $37,122.  Of this amount, $2,599 shall be withheld and
17  submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on
18  Plaintiff's share of the retirement contribution.  The balance shall be paid directly to
19  the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

20  **Employer ORP Contributions**: $2,633.  This amount will be paid on Plaintiff's
21  behalf, by Defendants, directly to the Optional Retirement Plan.

22  **Interest on Employer ORP Retirement Contributions**: $2,599.  This amount will
23  be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement
24  Plan.

25  **Michael Sanera**

26

24

1    Plaintiff Michael Sanera shall have Judgment against Defendants in the total sum of

2  $14,787, attributed and to be paid as follows:

3    **Lost Salary:**  $5,662.  Of that amount, $396 shall be withheld as Plaintiff's

4    contribution to the Optional Retirement Plan and will be submitted to the Optional

5    Retirement Plan on the Plaintiff's behalf.

6    **Interest on Lost Salary**:  $8,158.  Of this amount, $571 shall be withheld and

7    submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

8    Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

9    the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

10   **Employer ORP Contributions**: $396.  This amount will be paid on Plaintiff's

11   behalf, by Defendants, directly to the Optional Retirement Plan.

12   **Interest on Employer ORP Retirement Contributions**: $571.  This amount will

13   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

14   Plan.

15                              **James Simmerman**

16   Plaintiff James Simmerman shall have Judgment against Defendants in the total

17  sum of $152,359, attributed and to be paid as follows:

18   **Lost Salary:**  $85,486.  Of that amount, $5,984 shall be withheld as Plaintiff's

19   contribution to the Optional Retirement Plan and will be submitted to the Optional

20   Retirement Plan on the Plaintiff's behalf.

21   **Interest on Lost Salary**:  $56,906.  Of this amount, $3,983 shall be withheld and

22   submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

23   Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

24   the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

25   **Employer ORP Contributions**: $5,984.  This amount will be paid on Plaintiff's

26   behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $3,983.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Wayne Sjoberg

Plaintiff Wayne Sjoberg shall have Judgment against Defendants in the total sum of $27,340, attributed and to be paid as follows:

**Lost Salary:**  $15,293.  Of that amount, $1,071 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary:**  $10,258.  Of this amount, $718 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $1,071.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $718.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Raise in Current Salary:**  Plaintiff's current annual salary shall be raised by $1,931.

### Michael Tanner

Plaintiff Michael Tanner shall have Judgment against Defendants in the total sum of $13,356, attributed and to be paid as follows:

**Lost Salary:**  $6,058.  Of that amount, $424 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $6,424.  Of this amount, $450 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $424.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

**Interest on Employer ORP Retirement Contributions**: $450.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

### Charles Way

Plaintiff Charles Way shall have Judgment against Defendants in the total sum of $4,557.29, attributed and to be paid as follows:

**Lost Salary:**  $2,385.  Of that amount, $75.11 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System.

**Interest on Lost Salary:**  $2,032.  Of that amount $65.18 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:**  $75.11.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:**  $65.18.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### James Windes

Plaintiff James Windes shall have Judgment against Defendants in the total sum of $45,298.66, attributed and to be paid as follows:

**Lost Salary:** $19,700.  Of that amount, $708.67 shall be withheld as Plaintiff's contribution to the Arizona State Retirement System.

**Interest on Lost Salary:** $24,062.  Of that amount $827.99 shall be withheld and submitted on Plaintiff's behalf to the Arizona State Requirement System as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ASRS Contribution:** $708.67.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

**Interest on Employer ASRS Contribution:** $827.99.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Arizona State Retirement System.

### Michael Wunsch

Plaintiff Michael Wunsch shall have Judgment against Defendants in the total sum of $29,146, attributed and to be paid as follows:

**Lost Salary:** $12,739.  Of that amount, $892 shall be withheld as Plaintiff's contribution to the Optional Retirement Plan and will be submitted to the Optional Retirement Plan on the Plaintiff's behalf.

**Interest on Lost Salary**: $14,500.  Of this amount, $1,015 shall be withheld and submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on Plaintiff's share of the retirement contribution.  The balance shall be paid directly to the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

**Employer ORP Contributions**: $892.  This amount will be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement Plan.

1   **Interest on Employer ORP Retirement Contributions**: $1,015.  This amount will

2   be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

3   Plan.

4                                    **Robert Zoellner**

5       Plaintiff Robert Zoellner shall have Judgment against Defendants in the total sum of

6   $68,320, attributed and to be paid as follows:

7   **Lost Salary:**  $28,936.  Of that amount, $2,026 shall be withheld as Plaintiff's

8   contribution to the Optional Retirement Plan and will be submitted to the Optional

9   Retirement Plan on the Plaintiff's behalf.

10  **Interest on Lost Salary**:  $34,914.  Of this amount, $2,444 shall be withheld and

11  submitted on the Plaintiff's behalf to the Optional Retirement Plan as interest on

12  Plaintiff's share of the retirement contribution.  The balance shall be paid directly to

13  the Plaintiff and shall be reported to the Internal Revenue Service on Form 1099.

14  **Employer ORP Contributions**: $2,026.  This amount will be paid on Plaintiff's

15  behalf, by Defendants, directly to the Optional Retirement Plan.

16  **Interest on Employer ORP Retirement Contributions**: $2,444.  This amount will

17  be paid on Plaintiff's behalf, by Defendants, directly to the Optional Retirement

18  Plan.

19      IT IS ORDERED that Plaintiffs no longer employed by NAU shall provide NAU

20  with income tax withholding forms (IRS W-4) within 10 days of the entry of judgment.

21      IT IS FURTHER ORDERED that the above amounts shall be paid within 15

22  business days after receipt of all of the individual Plaintiffs' tax withholding forms.  All

23  payments to the Plaintiffs shall be forwarded to Plaintiffs' counsel and shall be considered

24  "paid" upon Plaintiffs' counsel's receipt.  Payments to the ASRS and ORP shall be

25  considered "paid" when transmitted by NAU.

26

1    IT IS FURTHER ORDERED that post-judgment interest shall be awarded in

2  accordance with 28 U.S.C. § 1961.

3    DATED this 23rd day of February, 2007.

Robert C. Broomfield
Senior United States District Judge